UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 11-cv-574(MJD/FLN) : |
| JASON BO-ALAN BECKMAN and THE OXFORD PRIVATE CLIENT GROUP, LLC, | : : : : |
| Defendants, | : : |
| and | : |
| HOLLIE BECKMAN, | : : |
| Relief Defendant. | : : |

ORDER OF
ASSET FREEZE AND OTHER ANCILLARY RELIEF
AS TO RELIEF DEFENDANT HOLLIE BECKMAN

Plaintiff U.S. Securities and Exchange Commission ("SEC") having filed its Complaint in this matter, Relief Defendant Hollie Beckman ("Relief Defendant") acknowledges receipt of the Complaint and admits the personal jurisdiction of the Court over him and over the subject matter thereof, and without admitting or denying the allegations of the Complaint, except as to jurisdiction, agrees to the entry of this Agreed Order of Asset Freeze and Other Ancillary Relief ("Order"). The Relief Defendant waives the entry of findings of fact and conclusions of law, as provided by Rule 52 of the

Federal Rules of Civil Procedure, and waives any right to appeal from this Order.  The Court having jurisdiction over the parties and the subject matter hereof, and being fully advised in the premises, hereby states:

### I.

### CONTINUATION OF PRIOR ORDERS

**IT IS HEREBY FURTHER ORDERED** that this Court's Order Imposing Asset Freeze and Other Ancillary Relief and Setting Hearing on Motion for Preliminary Injunction dated March 8, 2011 (Docket No. 11) remains in full force and effect, except the scheduling of a preliminary injunction hearing as stated in section IX, and is incorporated herein by reference.

**IT IS HEREBY FURTHER ORDERED** that this Court's Order Appointing Receiver dated March 8, 2011 (Docket No. 10) remains in full force and effect and is incorporated herein by reference.

### II.

### RETENTION OF JURISDICTION

This Court shall retain jurisdiction of this matter for all purposes, including, but not limited to, enforcement of this Order.

**IT IS SO ORDERED.**

s/ Michael J. Davis
Michael J. Davis
Chief Judge

**DATED:   March 11, 2011**