UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,      Case No:      11-cv-00574-MJD-FLN

       Plaintiff,

v.

JASON BO-ALAN BECKMAN and
THE OXFORD PRIVATE CLIENT
GROUP, LLC,

       Defendants,

And

HOLLIE BECKMAN,

       Relief Defendant.

**ORDER CONFIRMING RELEASE OF PALM CITY PROPERTY
FROM RECEIVERSHIP AND ASSET FREEZE ORDER**

On the basis of the Motion of the Receiver, R.J. Zayed, for an order granting the Receiver's Motion to confirm the release of the real property located at 752 SW Squire Johns Lane in Palm City, Florida, from both the Receivership and the Court's Asset Freeze Order (Court File No. 9), thereby returning the property to the custody, control and possession of Jason Bo-Alan and Hollie Beckman, the Court having considered the pleadings, files and records before it, and being fully advised on the premises,

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED.**

(1) The Receiver's release of the real property located at 752 SW Squire Johns Lane, Palm City Florida 34990 ("Palm City Property") from both the Receivership and this Court's *Order Imposing Asset Freeze and Other Ancillary Relief and Setting Hearing on Motion for Preliminary Injunction*, 11-cv-00574, Docket No. 9, (Mar. 8, 2011) ("Asset Freeze Order") is hereby confirmed.

(2) The Palm City Property is hereby returned to the custody, control and possession of Jason Bo-Alan and Hollie Beckman.

(3) Investors, creditors, and other persons, and all others acting on behalf of any investor, creditor, or other persons, including sheriffs, marshals, other officers, deputies, servants, agents, employees, independent contractors, and attorneys, are no longer stayed from:

(a) Commencing, prosecuting, continuing, settling or enforcing any suit, proceeding, award, judgment, settlement or lien against or affecting the Palm City Property, including, but not limited to, foreclosure proceedings;

(b) Using self-help or executing or issuing or causing the execution or issuance of any court attachment, subpoena, replevin, execution, or other process for the purpose of impounding or taking possession of or interfering with or creating or enforcing a lien upon the Palm City Property; and

   (c) Attempting to modify, cancel, terminate, call, extinguish, revoke or accelerate (the due date), of any lease, loan, mortgage, indebtedness, security agreement or other agreement relating to the Palm City Property.

(4) The Court hereby amends its Asset Freeze Order by:

   (a) Striking the Palm City Property from the list of Frozen Properties on page 6; and

   (b) Adding the following sentence after the end of the list:

> The real property located at 752 SW Squire Johns Lane, Palm City, Florida 34990 is specifically excluded from this Order.

(5) Any mortgage held on the Palm City Property shall not be part of the Receivership or subject to the Asset Freeze Order, but it shall be actively monitored by the Receiver. Jason Bo-Alan and Hollie Beckman shall provide the Receiver with account information for any mortgage held on the Palm City Property, as well as account statements from any such mortgage upon receipt of any such statement, and otherwise upon request of the Receiver, until further Order from this Court.

(6) The Receiver shall not be responsible for or obligated to pay any debts or other liabilities owed on or relating to the Palm City Property. These obligations are the sole responsibility of Jason Bo-Alan and Hollie Beckman.

3

(7) Any income generated by the Palm City Property, including rental income, shall not be part of the Receivership or subject to the Asset Freeze Order. Jason Bo-Alan and Hollie Beckman shall be entitled to retain any income generated from the Palm City Property. Jason Bo-Alan and Hollie Beckman shall provide the Receiver with an accounting of all income and expenses relating to the Palm City Property on the first of every month, and otherwise upon request of the Receiver, until such time as the Palm City Property is sold or otherwise disposed of.

SO ORDERED.

Date: April 14, 2011         s/ Michael J. Davis
                             Chief Judge Michael J. Davis
                             United States District Court