**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
    Plaintiff,

v.　　　　　　　　　　　Case No.　　11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
    Defendants,

R.J. ZAYED,
    Receiver.

**ORDER GRANTING RECEIVER'S MOTION FOR SALE OF CERTAIN**
**PERSONAL PROPERTY IN HIS POSSESSION**

IT IS HEREBY ORDERED that the Receiver's Motion For Sale Of Certain Personal Property In His Possession (Docket No. 102 filed via ECF on June 3, 2011), pursuant to 28 U.S.C. § 2001 and 28 U.S.C. § 2004, is GRANTED.

**IT IS SO ORDERED.**

<u>June 23, 2011</u>　　　　　<u>s/ Michael J. Davis</u>
**DATE**　　　　　　　　**CHIEF JUDGE MICHAEL J. DAVIS**
　　　　　　　　　　　**UNITED STATES DISTRICT COURT**