UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | Case No:   11-cv-00574-MJD-FLN |

Plaintiff(s)

v.

JASON BO-ALAN BECKMAN and
THE OXFORD PRIVATE CLIENT
GROUP, LLC,

Defendant(s)

And

HOLLIE BECKMAN,

Relief Defendant.

## **ORDER**

The Receiver, R.J. Zayed, has moved the Court pursuant to 28 U.S.C. § 2001(b) to exercise its discretion to authorize the private sale of the real estate properties of (1) 2400 Paseo del Lago, Mission, Texas  78573 and (2) 7432 Golf Drive, Mission, Texas 78572. The Court has considered the motion, memorandum in support, declaration and exhibits submitted by the Receiver in this matter.

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED.**

(1) The Receiver is authorized to conduct a private sale of the real estate properties of (1) 2400 Paseo del Lago, Mission, Texas 78573 and (2) 7432 Golf Drive, Mission, Texas 78572 in accordance with 28 U.S.C. § 2001(b).

(2) The Court hereby appoints Joseph W. Holand, Holand & Associates, LLC as the realtor for the sale of the real property located at 2400 Paseo del Lago, Mission, Texas 78573.

(3) The Court hereby appoints Joseph W. Holand, Holand & Associates, LLC as the realtor for the sale of the real property located at 7432 Golf Drive, Mission, Texas 78572.

(4) Upon reaching an agreement to sell the real estate properties of (1) 2400 Paseo del Lago, Mission, Texas 78573 and (2) 7432 Golf Drive, Mission, Texas 78572, the Receiver shall publish notice of the sales and file a motion or motions with this Court seeking confirmation of the sales in accordance with 28 U.S.C. § 2001(b).

Date: June 23, 2011

s/ Michael J. Davis
Chief Judge Michael J. Davis
United States District Court