## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

v.                                    Case No.        11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,

        Defendants,

R.J. ZAYED,
        Receiver.

### ORDER CONFIRMING SALE OF PASEO DEL LAGO PROPERTY

On the basis of the Motion of the Receiver, R. J. Zayed, for an order confirming the private sale of the Paseo del Lago property (Docket No.: 174), the Court having considered the materials before it enters the following:

IT IS HEREBY ORDERED THAT:

The Court confirms the sale of the real property located at 2400 Paseo del Lago, Mission, Texas  78573 (legally described as LOTS 2 & 3 OF EL LAGO ESTATES) to Rene and Marisol Garza, as described in the Purchase Agreement and Addendums

attached as **Exhibit F** to the Declaration of Brian Hayes.   The sale has fulfilled the requirements of 28 U.S.C. § 2001(b).


SO ORDERED.

**Dated:  September 16, 2011**          **BY THE COURT:**


                                        s/ Michael J. Davis
                                        **MICHAEL J. DAVIS**
                                        **CHIEF JUDGE**
                                        **UNITED STATES DISTRICT COURT**

**Civil No. 11-574**