**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

   Plaintiff,

v.           Case No.  11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,

   Defendants,

R.J. ZAYED,

   Receiver.

---

**ORDER CONFIRMING SALE OF GOLF DRIVE PROPERTY**

On the basis of the Motion of the Receiver, R. J. Zayed, for an order confirming

the private sale of the Golf Drive property, the Court having considered the materials

before it enters the following:

IT IS HEREBY ORDERED THAT:

The Court confirms the sale of the real property located at 7432 Golf Drive,

Mission, Texas  78572 (legally described as LOT 122, GOLF DRIVE ESTATES PHASE

NO. 2) as described in the Purchase Agreement and Addendums attached as Exhibit B to

the Declaration of Brian Hayes. The sale has fulfilled the requirements of 28 U.S.C. § 2001(b).

SO ORDERED.

**Dated: September 16, 2011**          **BY THE COURT:**

                                       **s/ Michael J. Davis**
                                       **MICHAEL J. DAVIS**
                                       **CHIEF JUDGE**
                                       **UNITED STATES DISTRICT COURT**

**Civil No. 11-574**