UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                      Case No:    11-cv-00574-MJD-FLN

JASON BO-ALAN BECKMAN and
THE OXFORD PRIVATE CLIENT
GROUP, LLC,

    Defendants,

And

HOLLIE BECKMAN,

    Relief Defendant.

**ORDER RELEASING PLYMOUTH PROPERTY**
**FROM RECEIVERSHIP AND ASSET FREEZE ORDER**

On the basis of the Motion of the Receiver, R.J. Zayed, for an order granting the Receiver's Motion to release the real property located at 5140 Terraceview Lane North, Plymouth, Minnesota 55446, from both the Receivership and the Court's Asset Freeze Order (Court File No. 9), thereby returning the property to the custody, control and possession of Jason Bo-Alan and Hollie Beckman, the Court having considered the pleadings, files and records before it, and being fully advised on the premises,

1

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED.**

(1) The real property located at 5140 Terraceview Lane North, Plymouth, Minnesota 55446 ("Plymouth Property") is hereby released from both the Receivership and this Court's *Order Imposing Asset Freeze and Other Ancillary Relief and Setting Hearing on Motion for Preliminary Injunction*, 11-cv-00574, Document No. 9, (Mar. 8, 2011) ("Asset Freeze Order").

(2) The Plymouth Property is hereby returned to the custody, control and possession of Jason Bo-Alan and Hollie Beckman.

(3) Investors, creditors, and other persons , and all others acting on behalf of any investor, creditor, or other persons, including sheriffs, marshals, other officers, deputies, servants, agents, employees, independent contractors, and attorneys, are no longer stayed from:

  (a) Commencing, prosecuting, continuing, settling or enforcing any suit, proceeding, award, judgment, settlement or lien against or affecting the Plymouth Property, including, but not limited to, foreclosure proceedings;

  (b) Using self-help or executing or issuing or causing the execution or issuance of any court attachment, subpoena, replevin, execution, or other process for the purpose of impounding or taking possession of or interfering with or creating or enforcing a lien upon the Plymouth Property; and

(c) Attempting to modify, cancel, terminate, call, extinguish, revoke or accelerate (the due date), of any lease, loan, mortgage, indebtedness, security agreement or other agreement relating to the Plymouth Property.

(4) The Court hereby amends its Asset Freeze Order by:

(a) Striking the entire paragraph on page 7 concerning the foreclosure and Sheriff's sale involving Mortgage Electronic Registration Systems, Inc.;

(b) Striking the Plymouth Property from the list of Frozen Properties on page 6; and

(c) Adding the following sentence after the end of the list:

The real property located at 5140 Terraceview Lane North, Plymouth, Minnesota 55446 is specifically excluded from this Order.

(5) Any mortgage held on the Plymouth Property shall not be part of the Receivership or subject to the Asset Freeze Order, but it shall be actively monitored by the Receiver. Jason Bo-Alan and Hollie Beckman shall provide the Receiver with account information for any mortgage held on the Plymouth Property, as well as account statements from any such mortgage upon receipt of any such statement, and otherwise upon request of the Receiver, until further Order from this Court.

(6) The Receiver shall not be responsible for or obligated to pay any debts or other liabilities owed on or relating to the Plymouth Property.  These obligations are the sole responsibility of Jason Bo-Alan and Hollie Beckman.

(7) Any income generated by the Plymouth Property, including rental income, shall not be part of the Receivership or subject to the Asset Freeze Order.  Jason Bo-Alan and Hollie Beckman shall be entitled to retain any income generated from the Plymouth Property.  Jason Bo-Alan and Hollie Beckman shall provide the Receiver with an accounting of all income and expenses relating to the Plymouth Property on the first of every month, and otherwise upon request of the Receiver, until such time as the Plymouth Property is sold or otherwise disposed of.

SO ORDERED.

Date:   September 16, 2011            s/ Michael J. Davis
                                      Chief Judge Michael J. Davis
                                      United States District Court