## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States Securities
and Exchange Commission,

     Plaintiff,

v.                                                                  ORDER
                                                                    Civil No. 11-574

Jason Bo-Alan Beckman, et al.,

     Defendant,

R.J. Zayed,

     Receiver.

_____

     John E. Birkenheier, Counsel for Plaintiff.

     Jason Bo-Alan Beckman, *pro se.*

     Brian W. Hayes, Carlson, Caspers, Vandenburgh & Lindquist, Counsel for
the Receiver.

_____

     This matter is before the Court on Defendant Beckman's motion for a

limited lifting of the stay to petition the Court for living expenses.  Beckman

requests $3,000 to pay for basic living and out of pocket expenses.

     The SEC and the Receiver oppose the motion.

Based on the files, record and proceedings herein,

IT IS HEREBY ORDERED that the motion to lift the stay [Doc. No. 225] is

DENIED.

Date:   December 15, 2011

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court