UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States Securities
and Exchange Commission,

    Plaintiff,

v.

Jason Bo-Alan Beckman, et al.,

    Defendant,

R.J. Zayed,

    Receiver.

ORDER
Civil No. 11-574

_____

    John E. Birkenheier, Counsel for Plaintiff.

    Jason Bo-Alan Beckman, *pro se.*

    Brian W. Hayes, Carlson, Caspers, Vandenburgh & Lindquist, Counsel for the Receiver.

_____

    This matter is before the Court on Defendant Beckman's motion for a limited lifting of the stay to petition the Court for living expenses. Beckman requests $3,000 to pay for basic living and out of pocket expenses.

    The SEC and the Receiver oppose the motion.

Based on the files, record and proceedings herein,

IT IS HEREBY ORDERED that the motion to lift the stay [Doc. No. 225] is DENIED.

Date:   December 15, 2011

                                             s/ Michael J. Davis
                                             Michael J. Davis
                                             Chief Judge
                                             United States District Court