UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States Securities
and Exchange Commission,

    Plaintiff,

v.                                        ORDER
                                           Civil No. 11-574 (MJD/FLN)

Jason Bo-Alan Beckman, et al.,

    Defendant,

R.J. Zayed,

    Receiver.

_____

    John E. Birkenheier, Steven L. Klawans, Justin M. Delfino and Steven C. Seeger, Counsel for Plaintiff.

    Jason Bo-Alan Beckman, *pro se.*

    R. J. Zayed, Tara C. Norgard and Brian W. Hayes, Carlson, Caspers, Vandenburgh & Lindquist, Counsel for the Receiver.

_____

    This matter is before the Court on Defendant Beckman's motion for relief for rightful property and hardship. Beckman asks the Court to release certain property to assist Hollie Beckman with living expenses.

    Based on the files, record and proceedings herein,

1

IT IS HEREBY ORDERED that the motion for relief of property and hardship [Doc. No. 306] is DENIED.

Date:   July 19, 2012

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court