UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States Securities and
Exchange Commission,

    Plaintiff,

v.                                                                                     ORDER
                                                                                                          Civil No. 11-574

Jason Bo-Alan Beckman, et al.,

    Defendants,
and

R.J. Zayed,

    Receiver.
_____

    Justin M. Delfino, Counsel for Plaintiff.

    R.J. Zayed, Brian Hayes, Tara Norgard and Russell Rigby, Carlson, Caspers, Vandenburgh and Lindquist, Counsel for the Receiver.

    Charles E. Spevacek and Tony J. Driesel, Meagher & Geer, PLLP, Counsel for Everest Indemnity Insurance Company.
_____

    This matter is before the Court on the motion (Doc. No. 182) of Everest Indemnity Insurance Company ("Everest") to Lift Asset Freeze in order to permit payment of defense costs.

1

Based on the files, record and proceedings herein, the Court will deny the motion at this time.

IT IS HEREBY ORDERED that the Motion to Lift Asset Freeze Order to Permit Payment of Defense Costs [Doc. No. 182] is DENIED.

Date:   August 16, 2012

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court
