UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
        Plaintiff,

v.                              Case No.     09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                              Case No.     09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
       Plaintiff,

v.                              Case No.     11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

# ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE RECEIVER THAT WERE NECESSARY TO ASSIST THE RECEIVER IN HIS DUTIES

This matter is before the Court pursuant to the motions of Receiver R.J. Zayed (the "Receiver") (Docket Nos. 963, 1011, 324) for an order directing the Receiver to make payments for fees incurred by the Receiver, in or about July and August 2012, for services necessary to assist the Receiver in his duties:

1. Dorsey & Whitney LLP;

2. Bernick, Lifson, Greenstein, Greene & Liszt, P.A.;

3. Carlson Caspers; and

3. Morgan & Morgan.

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make payments out of the assets of the Receivership as follows:

    1. Dorsey & Whitney LLP

        July 2012:
        Invoice No. 1815674................... $ 30,594.94

        August 2012:
        Invoice No. 1822431................... $     445.79

        TOTAL............................................$ 31,040.73

    2. Bernick, Lifson, Greenstein, Greene & Liszt, P.A

        May 2012 ................................ $ 2,768.50

June 2012 ................................... $   634.80
July 2012 ................................... $   193.20
August 2012 .............................. $   248.40

TOTAL.......................................................$ 3,844.90

3. Carlson Caspers

July 2012
Legal fees ...................................$ 58,621.70
Incurred costs .............................$      539.57

August 2012
Legal fees ...................................$ 43,775.30
Incurred costs .............................$      342.00

TOTAL.......................................................$103,278.57

4. Morgan & Morgan

Invoice No. 1193665 ....................$ 2,341.31
Invoice No. 1187078 ....................$ 3,505.95

TOTAL.......................................................$5,847.26

Dated:  November 1, 2012          BY THE COURT:

                                  s/ Michael J. Davis
                                  **MICHAEL J. DAVIS**
                                  **CHIEF JUDGE**
                                  **UNITED STATES DISTRICT COURT**