IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
        Plaintiff,

v.                          Case No.      09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                          Case No.      09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                          Case No.      11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

# ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE RECEIVER THAT WERE NECESSARY TO ASSIST THE RECEIVER IN HIS DUTIES

This matter is before the Court pursuant to the motions of Receiver R.J. Zayed (the "Receiver") (Docket Nos. 976, 1024 and 347) for an order directing the Receiver to make payments for fees incurred by the Receiver, in or about November and December 2012, for services necessary to assist the Receiver in his duties:

1. Dorsey & Whitney LLP;

2. Ernst & Young LLP;

3. Carlson Caspers; and

4. Morgan & Morgan.

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make payments out of the assets of the Receivership as follows:

    1. Dorsey & Whitney LLP ....................................................$ 17,493.47

    2. Ernst & Young LLP

        September 2011 through May 2012 .......$ 9,188.00

        May 2012 through December 2012 ........$ 4,257.00

            TOTAL ............................................................$ 13,445.00

3. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A. ("Carlson Caspers")

    <u>November 2012</u>
    Legal fees ...................................$ 176,576.80
    Incurred costs .............................$    2,990.09

    <u>December 2012</u>
    Legal fees ...................................$  42,226.30
    Incurred costs .............................$    1,231.05

    TOTAL..........................................................$223,024.24

4. Morgan & Morgan

    <u>November 2012</u>
    Invoice no. 1208593....................$   1,946.87

    <u>December 2012</u>
    Invoice no. 1226855…………….$   1,113.27

**Dated:    January 24, 2013**        BY THE COURT:

                                      s/ Michael J. Davis
                                      **MICHAEL J. DAVIS**
                                      **CHIEF JUDGE**
                                      **UNITED STATES DISTRICT COURT**