UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
          Plaintiff,

v.                                        Case No.    09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
          Defendants,

R.J. ZAYED,
          Receiver.

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
          Plaintiff,

v.                                        Case No.    09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
          Defendants,

R.J. ZAYED,
          Receiver.

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
          Plaintiff,

v.                                        Case No.    11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
          Defendants,

R.J. ZAYED,
          Receiver.

## APPROVING SETTLEMENT AGREEMENT WITH
## <u>SCOTTSDALE INSURANCE</u>

THIS MATTER came before the Court upon the Receiver's Motion to approve the Settlement Agreement between the Receiver and Scottsdale Insurance Company ("Scottsdale") and the associated order contemplated in that Settlement Agreement.  The Settlement Agreement that is the subject of this Order is filed at *SEC v. Cook et al.*, 09-cv-3333, Docket No. 1049, *CFTC v. Cook et al.*, 09-cv-3332, Docket No. 1001 and *SEC v. Beckman et al.*, 11-cv-574, Docket No. 355.

Based on the Agreement between the parties, the arguments of counsel, and all of the files and documents in these cases, the Court being duly advised on the premises, HEREBY ORDERS AS FOLLOWS:

1. The Receiver's motion is **GRANTED**.

2. The Court approves the Settlement Agreement and Release of All Claims (09-cv-3333 Docket No. 1049, 09-cv-3332 Docket No. 1001, and 11-cv-574 Docket No. 355) between the Receiver and Scottsdale Insurance Company.

SO ORDERED.

Dated:   March 22, 2013.                    s/ Michael J. Davis
                                            The Honorable Michael J. Davis
                                            Chief Judge
                                            UNITED STATES DISTRICT COURT