**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

v.

JASON BO-ALAN BECKMAN, et al.,

        Defendants,

R.J. ZAYED,

        Receiver.

Civ. No. 11-cv-574 (MJD/FLN)

## ORDER APPROVING SETTLEMENT AGREEMENT AND GRANTING PARTIAL LIFT OF ASSET FREEZE

The above-entitled matter came before the Court upon Everest Indemnity Insurance Company's Motion for Approval of Settlement Agreement and Partial Lift of Asset Freeze on March 22, 2013 (Doc. No. 358). Appearances of the parties and counsel were as noted on the record. The Confidential Settlement Agreement and Release ("Agreement") that is the subject of this Order is filed at *SEC v. Beckman et al.*, Civ. No. 11-cv-574 (Doc. No. 361-1, Exhibit A). Based on the Agreement, the arguments of counsel, and all other files, records, and proceedings herein,

IT IS HEREBY ORDERED:

1. Everest Indemnity Insurance Company's motion is **GRANTED.**

2. The Court approves the Confidential Settlement Agreement and Release between Ronald Stolpman and Respondent Paul Wood and his insurer, Everest Specialty

Underwriters, LLC, that is filed at *SEC v. Beckman et al.*, Civil no. 11-cv-574 (Doc. No. 361-1, Exhibit A).

3. The Court grants a partial lift of the asset freeze imposed by this Court's Order dated March 8, 2011 (Doc. No. 9) to permit Everest Indemnity Insurance Company to pay the settlement amount. Upon receipt of this Order, and pursuant to the terms of the Confidential Settlement Agreement and Release, Everest Indemnity Insurance Company shall pay to Ronald Stolpman the sum of forty thousand dollars ($40,000.00). SO ORDERED.

**BY THE COURT:**

Date: April 19, 2013
s/ Michael J. Davis
The Honorable Michael J. Davis
Chief Judge
UNITED STATES DISTRICT COURT