UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
        Plaintiff,

v.                              Case No.      09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                              Case No.      09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                              Case No.      11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

**ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE RECEIVERS IN THE ASSOCIATED BANK ACTION THAT WERE NECESSARY TO ASSIST THE RECEIVERS IN THEIR DUTIES**

This matter is before the Court pursuant to the motions of Receiver Tara C. Norgard (the "Receiver") (Docket Nos. 1052, 1101 and 416) for an order directing the Receiver to make payments for fees incurred by the Receivers, in or about September, October, and November 2013, for services necessary to assist the Receivers in their duties:

  1.  Carlson Caspers

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make payments out of the assets of the Receivership as follows:

   1. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A. ("Carlson Caspers")

>  September 2013
>  Legal fees ..................................$1,745.00
>
>  October 2013
>  Legal fees ..................................$5,991.50
>
>  November 2013
>  Legal fees  ..................................$3,373.00

                    TOTAL............................................................$11,109.50

**Dated: December 20, 2013**          **BY THE COURT:**

                                      <u>**s/ Michael J. Davis**</u>
                                      **MICHAEL J. DAVIS**
                                      **CHIEF JUDGE**
                                      **UNITED STATES DISTRICT COURT**

**Civil Nos. 09-3332, 09-3333,11-574**