UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

v.

JASON BO-ALAN BECKMAN, et al.,

        Defendants,

R.J. ZAYED,

        Receiver.

Civ. No. 11-cv-574 (MJD/FLN)

---

## ORDER GRANTING PARTIAL LIFT OF ASSET FREEZE
## TO PERMIT PAYMENT OF DEFENSE COSTS

THIS MATTER came before the Court upon Everest Indemnity Insurance Company's Renewed Motion to Lift Asset Freeze to Permit Payment of Defense Costs on January 24, 2012.

Based on the arguments of counsel, and all other files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

    1.    Everest Indemnity Insurance Company's motion [Doc. No. 422] is GRANTED.

2. The asset freeze imposed by this Court's Order dated March 8, 2011 [Doc. No. 9] is partially lifted to permit Everest Indemnity Insurance Company to pay defense fees and costs in the total amount of $234,055.74.

SO ORDERED.

                                                 **BY THE COURT:**

Date:  January 27, 2014                    s/ Michael J. Davis
                                                    The Honorable Michael J. Davis
                                                    CHIEF JUDGE
                                                    UNITED STATES DISTRICT JUDGE