IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
        Plaintiff,

v.                                               Case No.     09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                               Case No.     09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                               Case No.     11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

# ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE RECEIVER THAT WERE NECESSARY TO ASSIST THE RECEIVER IN HIS DUTIES

This matter is before the Court pursuant to the motions of Receiver R.J. Zayed (the "Receiver") (Docket Nos. 1110, 1163 and 489) for an order directing the Receiver to make payments for fees incurred by the Receiver, in or about September, October, and November 2014, for services necessary to assist the Receiver in his duties:

1. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.; and

2. Morgan & Morgan.

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make payments out of the assets of the Receivership as follows:

1. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.

<u>September 2014</u>
Legal fees ...................................$13,064.25
Incurred Costs ...........................$       94.90

October 2014
Legal fees ...................................$25,721.50
Incurred costs ............................$     170.79

November 2014
Legal fees ...................................$12,861.25
Incurred costs ............................$  1,069.00

TOTAL..........................................................$52,981.69

3

    2. Morgan & Morgan

        October 2014 .............................. $ 970.21

        TOTAL ............................................................ $ 970.21

Dated:  December 18, 2014        BY THE COURT:

                                         **s/ Michael J. Davis**
                                         **MICHAEL J. DAVIS**
                                         **CHIEF JUDGE**
                                         **UNITED STATES DISTRICT COURT**