UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
   Plaintiff,

v.          Case No. 09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
   Defendants,

R.J. ZAYED,
   Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
   Plaintiff,

v.          Case No. 11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
   Defendants,

R.J. ZAYED,
   Receiver.

---

  This matter is before the Court on Plaintiff United States Securities and Exchange Commission's ("SEC") motion to dismiss certain relief defendants. [Doc. Nos. 1184 and 507]. The relief defendants that are the subject of this motion consent to said motion.

1

Accordingly,

IT IS HEREBY ORDERED that the motion to dismiss certain relief defendants [Doc. Nos. 1184 and 507] is GRANTED. The SEC's claims against Relief Defendants Clifford Berg and Ellen Berg and Hollie Beckman are hereby dismissed with prejudice.

Date:   May 4, 2015

                                              s/ Michael J. Davis
                                              Michael J. Davis
                                              Chief Judge
                                              United States District Court