UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
                    Plaintiff,

v.                              Case No.      09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
                    Defendants,

R.J. ZAYED,
                    Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
                    Plaintiff,

v.                              Case No.      09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
                    Defendants,

R.J. ZAYED,
                    Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
                    Plaintiff,

v.                              Case No.      11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
                    Defendants,

R.J. ZAYED,
                    Receiver.

**ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE
RECEIVER THAT WERE NECESSARY TO ASSIST THE RECEIVER
IN HIS DUTIES**

This matter is before the Court pursuant to the motions of Receiver R.J. Zayed (the "Receiver") (Docket Nos. 1172, 1244 and 551) for an order directing the Receiver to make payments for fees incurred by the Receiver, in or about June, July, August, and September 2015, for services necessary to assist the Receiver in his duties:

1.      Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.; and

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make payments out of the assets of the Receivership as follows:

1. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.

June 2015
Legal fees ...............................................$ 7,588.50
Incurred Costs  ......................................$      19.32

July 2015
Legal fees ...............................................$  4,965.00
Incurred costs .......................................$     180.93

August 2015
Legal fees ...............................................$  2,103.00
Incurred costs .......................................$        7.05

1

September 2015
Legal fees ...............................................$    600.00

TOTAL.......................................................................$15,463.80


Dated:  November 3, 2015                BY THE COURT:


                                        s/ Michael J. Davis
                                        MICHAEL J. DAVIS
                                        UNITED STATES DISTRICT COURT