UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
        Plaintiff,

v.                                Case No.       09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                Case No.       09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                Case No.       11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

**ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE RECEIVERS IN THE ASSOCIATED BANK ACTION THAT WERE NECESSARY TO ASSIST THE RECEIVERS IN THEIR DUTIES**

This matter is before the Court pursuant to the motions of Receiver Tara C. Norgard (the "Receiver") (Docket Nos. 1202, 1291, and 586) for an order directing the Receiver to make payments for fees incurred by the Receivers, in or about October, November, December 2015, and January 2016, for services necessary to assist the Receivers in their duties:

 1. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make payments out of the assets of the Receivership as follows:

 1. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A. ("Carlson Caspers")

> October 2015
> Legal fees .............................................$ 11,531.00
> Incurred Costs ......................................$  773.70
>
> November 2015
> Legal fees .............................................$ 8,119.50
>
> December 2015
> Legal fees .............................................$ 10,590.00
> Incurred Costs ......................................$  255.00

1

<pre>
        January 2016
        Legal fees  .............................................$   7,733.00
        Incurred Costs  ......................................$        5.95

        TOTAL …………………………….$39,008.15
</pre>

Dated:  March 4, 2016              BY THE COURT:


                                   **s/ Michael J. Davis**
                                   **MICHAEL J. DAVIS**
                                   **UNITED STATES DISTRICT COURT**

2