UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
        Plaintiff,

v.                                 Case No.      09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                 Case No.      09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                 Case No.      11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

**ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE RECEIVERS IN THE ASSOCIATED BANK ACTION THAT WERE NECESSARY TO ASSIST THE RECEIVERS IN THEIR DUTIES**

This matter is before the Court pursuant to the motions of Receiver Tara C. Norgard (the "Receiver") (Docket Nos. 1225, 1313, and 608) for an order directing the Receiver to make payments for fees incurred by the Receivers, in or about February, March, April, and May, 2016, for services necessary to assist the Receivers in their duties.

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make payments out of the assets of the Receivership as follows:

1. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A. ("Carlson Caspers")

   February 2016
   Legal fees .............................................$ 19,781.00
   Incurred Costs .......................................$  1,040.00

   March 2016
   Legal fees ............................................$ 14,994.50
   Incurred costs ........................................         21.56

   April 2016
   Legal fees ............................................$ 17,325.50

   May 2016
   Legal fees ............................................$ 37,741.50
   Incurred Costs .......................................$      774.10

1

2

TOTAL ………………………………$ 91,678.16

Dated: June 30, 2016          BY THE COURT:

                                                 **s/ Michael J. Davis**
                                                 **MICHAEL J. DAVIS**
                                                 **UNITED STATES DISTRICT COURT**