UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
        Plaintiff,

v.                               Case No.    09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                               Case No.    09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                               Case No.    11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

## RECEIVER'S MOTIONS TO
## (1) APPROVE THE RECEIVER'S FINAL REPORT AND INTERIM FINAL ACCOUNTING; (2) ENTER THE FIFTH AMENDED FINAL CLAIMS LIST; (3) APPROVE THE FINAL DISTRIBUTION; AND <u>(4) APPROVE THE RECEIVER'S PLAN TO CLOSE THE RECEIVERSHIP</u>

R.J. Zayed, the Receiver in these cases, respectfully moves the Court for an Order:

1. Approving the Receiver's Final Report and Interim Final Accounting attached to the Norgard Declaration as Exhibit A;

2. Entering the Fifth Amended Final Claims List attached to the Norgard Declaration as Exhibit B;

3. Approving the Receiver's Final Distribution in the amount of approximately $400,000.00; and

4. Approving the Receiver's Closure Plan, as follows:

    a. Paying the accrued fees and costs set forth in the co-pending Fee Petition;

    b. Establishing a Closure Reserve with the remaining Receivership funds to pay any final tax obligations associated with the Receivership and final professional fees and costs associated with closure;

    c. Making all final tax filings and paying any final tax obligations associated with the Receivership directly from the Closure Reserve, without further Order from the Court;

    d. Maintaining those books and records necessary to support the tax returns filed by the Receiver for the period required by relevant federal and state tax laws;

1

  e. Disposing of all other documents and other items seized from the Receivership entities and related to the Receivership;

  f. Closing the Receiver website, email address, and hotline;

  g. Undertaking any and all other activities reasonably necessary to otherwise wind up the affairs of the Receivership;

  h. Submitting a Supplemental Final Accounting, Final Fee Petition, and proposed Final Order for Closure when all activities outlined in this motion are complete and pending liabilities are finalized;

5. Discharging and relieving the Receiver and his agents from any further duties, obligations, responsibilities, and liabilities pertaining to the Receivership; and

6. Granting any other relief as may be reasonable or appropriate in connection with the wind up and closure of the Receivership, including that:

  a. All actions taken by the Receiver and his agents were taken in the proper administration of the Receivership Estate and the Receiver did not "conduct business" of the Defendants or Relief Defendants or the Receivership Estates;

  b. All persons are enjoined from commencing or prosecuting, without leave of this Court, any action against the Receiver or his agents in connection with or arising out of the Receivers' or his agents' services to this Court in this Receivership; and

   c. The Court retains jurisdiction for the purpose of closing this Receivership and enforcing the above injunctive relief.

Dated:  December 2, 2019   Respectfully submitted,

             _s/ Tara C. Norgard_
             Tara C. Norgard (MN Bar No. 307,683)
             Brian W. Hayes (MN Bar No. 294,585)
             Samuel L. Lockner (MN Bar No. 341,095)
             Carlson, Caspers, Vandenburgh
              & Lindquist, P.A.
             225 S. 6th Street, Suite 4200
             Minneapolis, MN 55402
             Telephone: (612) 436-9600
             Facsimile: (612) 436-9605
             Email: tnorgard@carlsoncaspers.com

             _Attorneys for Receiver R.J. Zayed_